INDIAN CREEK MESQUITE, INC., Plaintiff–Appellant,

v.

W.W. WOOD, INC., Defendant– Appellee.

No. 01–1438.

United States Court of Appeals, Federal Circuit.

May 10, 2002.

Before MICHEL, Circuit Judge, FRIEDMAN, Senior Circuit Judge, and RADER, Circuit Judge.

*Judgment*

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

Howard M. ELLIS, Petitioner,

v.

DEPARTMENT OF the TREASURY, Respondent.

No. 01–3121.

United States Court of Appeals, Federal Circuit.

May 13, 2002.

Before MICHEL, RADER and GAJARSA, Circuit Judges.

*Judgment*

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.